Erie Railway Company *v.* Ramsey.

The order should be reversed.

[FIRST DEPARTMENT, GENERAL TERM, September 5, 1870. *Ingraham, P. J.,* and *Cardozo,* Justice.]

THE ERIE RAILWAY COMPANY *vs.* RAMSEY and others.

An injunction will not be issued to restrain the prosecution of an action pending in the same court, unless it appears from special circumstances, that relief cannot be had by motion or petition in the cause.

This was decided in *Schell* v. *The Erie Railway Company,* (51 *Barb.* 368,) and that is all that it was intended by the court to decide, there, viz., that such an injunction is irregular.

When a second motion is based upon a new state of facts arising since the first decision was made, it is not necessary that leave to make the motion should be obtained. It may be made as a matter of right.

APPEALS from an order made at a special term, denying a motion to dissolve an injunction, and from an order refusing to entertain a second motion to dissolve.

*By the Court,* CARDOZO, J. It is perfectly settled that an injunction will not issue to restrain the prosecution of an action pending in the court, unless it appears from special circumstances that relief cannot be had by motion or petition in the cause. That was decided in *Schell* v. *The Erie Railway Company,* (51 *Barb.* 368.) And it may be proper to add, as that case, in consequence, perhaps, of some unnecessary and probably inaccurate expressions in the prevailing opinion, seems to have been misunderstood, that is all that it was intended by the court to decide

VOL. LVII.        29

---

Ramsey *v.* Erie Railway Company.

---

there, viz., that such an injunction is irregular. (*See also Dyckman* v. *Kernochan*, 2 *Paige Ch.* 26.) The defendants can yet move to dissolve the injunction in the original suit if they desire. The order below must be reversed.

In respect to the appeal from the order refusing to entertain the second motion to dissolve the injunction, because leave to make it had not been previously obtained, it is enough to say that when a second motion is based upon a new state of facts arising since the first decision was made, it is not necessary that leave to make the motion should be obtained. It may be made as a matter of right. The whole practice upon this subject is fully reviewed, and the authorities cited, in *Belmont* v. *The Erie Railroad Company*, (52 *Barb.* 637.)

That order should also therefore be reversed.

*Orders appealed from reversed.*

[FIRST DEPARTMENT, GENERAL TERM, September 5, 1870. *Ingraham*, P. J., and *Cardozo*, Justice.]